# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| MARK CRANE, individually and on behalf of all others similarly situated, | |
| Plaintiff, | CIVIL ACTION NO. 2:22-CV-11267 |
| | DISTRICT JUDGE TERRENCE G. BERG |
| v. | |
| AMERICAN BAR ASSOCIATION, | MAGISTRATE JUDGE CURTIS IVY, JR. |
| Defendant. | |

## ORDER

In light of the foregoing stipulation, it is hereby ordered that Defendant shall be allowed an additional 30 days, to and including August 4, 2022, to file a response to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated: July 5, 2022          /s/Terrence G. Berg
                             TERRENCE G. BERG
                             UNITED STATES DISTRICT JUDGE