UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Mark Crane,

                        Plaintiff(s),

v.                                                Case No. 2:22-cv-11267-TGB-CI
                                                        Hon. Terrence G. Berg

American Bar Association,

                        Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

        Motion to Dismiss – #11

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Terrence G. Berg *without* oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                     By: <u>s/A Chubb</u>
                                                          Case Manager

Dated:  August 4, 2022